UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

MICHAEL ANTHONY GEORGE					CIVIL ACTION

VERSUS									NO: 08-5022

N. BURL CAIN, WARDEN					SECTION: R(4)

### ORDER & REASONS

Before the Court is Michael George's motion for leave to appeal *in forma pauperis*.[1] Because the Court granted George's earlier motion for leave to proceed *in forma pauperis*,[2] George may proceed *in forma pauperis* on appeal without further authorization pursuant to Federal Rule of Appellate Procedure 24(a)(3). Accordingly, George's motion is DENIED AS MOOT.

New Orleans, Louisiana, this __25th__ day of July, 2011.

_____

SARAH S. VANCE

UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 25.

[2] R. Doc. 3.