# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 11-30600
USDC No. 2:08-CV-5022

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JAN 2 4 2012
LORETTA G. WHYTE
CLERK

MICHAEL ANTHONY GEORGE,

                Petitioner-Appellant

v.

BURL CAIN, WARDEN, LOUISIANA STATE PENITENTIARY,

                Respondent-Appellee

Appeal from the United States District Court
for the Eastern District of Louisiana

ORDER:

Michael Anthony George, Louisiana prisoner #115917, seeks a certificate of appealability (COA) to appeal the district court's dismissal of his 28 U.S.C. § 2254 application challenging his conviction for simple burglary and sentence as a multiple offender. George argues that a prior conviction used to enhance his sentence was invalid because the trial court did not swear in George before conducting the plea colloquy. George waives any challenge to the district court's findings that he failed to exhaust state court remedies and that the evidence was sufficient to establish that he was a multiple offender by failing to brief these issues. *See Hughes v. Johnson*, 191 F.3d 607, 613 (5th Cir. 1999).

To obtain a COA, George must make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S.

No. 11-30600

473, 483-84 (2000). Where the district court has denied federal habeas relief on procedural grounds, the applicant must demonstrate that reasonable jurists would find it debatable whether the motion states a valid claim of the denial of a constitutional right and whether the district court was correct in its procedural ruling. *Slack*, 529 U.S. at 484. Where the district court denies relief on the merits, an applicant must show that reasonable jurists "would find the district court's assessment of the constitutional claims debatable or wrong." *Id.* George has not met this standard.

His motion for a COA is DENIED.

/s/ Fortunato P. Benavides
FORTUNATO P. BENAVIDES
UNITED STATES CIRCUIT JUDGE

A true copy
Attest
Clerk, U.S. Court of Appeals, Fifth Circuit
By_____
        Deputy
New Orleans, Louisiana              JAN 20 2012

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 15, 2011

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

RECEIVED JAN 2 4 2012
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
DEPUTY CLERK

**USCA No. 11-30600, Michael George v. Burl Cain, Warden**
USDC No. 2:08-CV-5022

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Sabrina B. Short*
Sabrina B. Short, Deputy Clerk
504-310-7817

cc w/encl:
    Mr. Michael George
    Mr. Andrew Milton Pickett
    Honorable Sarah S. Vance